# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARLENE WILLIAMS, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>　　　　Defendant. | Case No.: |

## DEFENDANT, ENHANCED RECOVERY COMPANY, LLC'S NOTICE OF REMOVAL

Defendant, Enhanced Recovery Company, LLC ("ERC"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1441, 1446, hereby files its Notice of Removal of this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, on the following grounds:

1. On April 21, 2022, Plaintiff, Darlene Williams ("Plaintiff"), commenced a civil action in the Circuit Court of Cook County, Illinois, styled as *Darlene Williams v. Enhanced Recovery Company, LLC,* Case No. 22CH03751.

2. On June 17, 2022, a copy of the Complaint was served on ERC. This Notice of Removal is being filed within thirty days of ERC's receipt through service of Plaintiff's Complaint and, therefore, under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely and proper.

3. Additionally, pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind on file in the state and known to have

been served by, or upon ERC, are attached hereto as Composite Exhibit "A." Defendant is not aware of any further proceeding in the above-described civil action.

4. This Court possesses original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this civil action involves a federal question.

5. Plaintiff alleges that ERC violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (the "FDCPA"). The FDCPA is a law of the United States and, therefore, pursuant to 28 U.S.C. § 1441(a), these claims are removable to this Court.

6. ERC will promptly file the Notice of Filing Notice of Removal attached hereto as Exhibit "B,"[1] with a copy of this Notice of Removal, in the Office of the Clerk of the Circuit Court of Cook County. ERC will also promptly provide a written copy of the Notice of Removal to Plaintiff.

7. ERC has complied with all conditions precedent to the removal of this action.

WHEREFORE, Defendant, Enhanced Recovery Company, LLC, respectfully gives notice that the above-described civil action now pending in the Circuit Court of Cook County, Illinois, is removed therefrom to this Court.

Dated: July 15, 2022.

---

[1] The exhibit to the Notice of Filing Notice of Removal, consisting of this Notice of Removal, has been omitted from Exhibit B.

**SMITH, GAMBRELL & RUSSELL, LLP**

*/s/ Scott S. Gallagher*
Scott S. Gallagher
Florida Bar No. 371970
Email: ssgallagher@sgrlaw.com
Richard D. Rivera
Florida Bar No. 108251
Email: rrivera@sgrlaw.com
50 North Laura St, Suite 2600
Jacksonville, FL 32202
Tel.: (904) 598-6111
Fax: (904) 598-6211

*Attorneys for Defendant, Enhanced Recovery Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and caused to be served a true and correct copy of the foregoing via electronic and First Class Mail as follows:

| | |
|---|---|
| Seth McCormick, Esq.<br>Great Lakes Consumer Law Firm, LLC<br>73 W. Monroe Street, Suite 100<br>Chicago, IL 60603<br>Tel.: (312) 971-6787<br>seth@glclf.com<br>*Attorneys for Plaintiff* | Michael Wood, Esq.<br>Celetha Chatman, Esq.<br>Community Lawyers, LLC<br>980 N. Michigan Avenue, Suite 1400<br>Chicago, IL 60611<br>Tel.: (312) 757-1880<br>cchatman@communitylawyersgroup.com<br>*Attorneys for Plaintiff* |

*/s/ Scott S. Gallagher*
Attorney